

# Fourth Court of Appeals
## San Antonio, Texas

January 29, 2019

No. 04-18-00605-CV

Calvin **DAY,** Jr. M.D.,
Appellant

v.

## FEDERATION OF STATE MEDICAL BOARDS OF THE UNITED STATES, INCORPORATED,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-05000
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Justice
Irene Rios, Justice
Beth Watkins, Justice

Appellant's unopposed motion to postpone oral argument is GRANTED. This cause is reset for formal submission and oral argument before the above-referenced panel on **February 21, 2019, at 9:00 a.m.**

It is so **ORDERED** on January, 2019.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court